IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL MORTON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-4877 |
| CITY OF PHILADELPHIA; WARDEN CLYDE D. GAINEY; AMERICA SERVICE GROUP, INC.; PRISON HEALTH SERVICES, INC.; A.R. CAULK, M.D.; MOHAMMED HAQUE, M.D.; ARNONE, M.D.; EKE KALU, M.D.; ARIA HEALTH; FRANKFORD HOSPITAL; MATTHEW MCLEAN, M.D.; MATTHEW YOUNG, D.O.; JOHN DOE, M.D. (I-III); and ABC CORP., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 15th day of February, 2011, upon consideration of Defendants City of Philadelphia, Warden Clyde D. Gainey, America Service Group Inc., Prison Health Services, Inc., A.R. Caulk, M.D., Mohammed Haque, M.D., James Arnone, M.D., and Eke Kalu, M.D.'s Motion for Summary Judgement against Plaintiff Darrell Morton (Doc. No. 62), and the Response in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED IN PART** and **GRANTED IN PART**. The Motion is **DENIED** with respect to America Service Group Inc., Prison Health Services, Inc., A.R. Caulk, M.D., Mohammed Haque, M.D., James Arnone, M.D., and Eke Kalu, M.D. The Motion is **GRANTED** with respect to City of Philadelphia and Warden Clyde D. Gainey. It is further **ORDERED** that Defendants Frankford Hospital and Aria

Health's Motion for Partial Summary Judgment (Doc. No. 63) is **GRANTED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE