**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| DARRELL MORTON, | : | CIVIL ACTION |
|  | : | |
| Plaintiff, | : | |
|  | : | |
| v. | : | No. 09-4877 |
|  | : | |
| CITY OF PHILADELPHIA; WARDEN | : | |
| CLYDE D. GAINEY; AMERICA | : | |
| SERVICE GROUP, INC.; PRISON | : | |
| HEALTH SERVICES, INC.; A.R. CAULK, | : | |
| M.D.; MOHAMMED HAQUE, M.D.; | : | |
| ARNONE, M.D.; EKE KALU, M.D.; | : | |
| ARIA HEALTH; FRANKFORD | : | |
| HOSPITAL; MATTHEW MCLEAN, M.D.; | : | |
| MATTHEW YOUNG, D.O.; JOHN DOE, | : | |
| M.D. (I-III); and ABC CORP., | : | |
|  | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this  24th day of June, 2011, upon consideration of Defendants, Matthew

McLean, M.D., Muscle and Joint Center, P.C., and Aria Health's Motion for Summary Judgment

against Plaintiff, Darrell Morton (Doc. No. 84), and the Response in opposition thereto, it is

hereby **ORDERED** that said Motion is **DENIED.**  It is further **ORDERED** that Defendant Aria

Health's Motion for Joinder to join in this Motion (Doc. No. 85) is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE